1 N.Y.2d 866 (1956)
American Smelting & Refining Company, Appellant,
v.
Philippine Air Lines, Inc., Respondent.
Chase National Bank, Appellant,
v.
Philippine Air Lines, Inc., Respondent.
Irving Trust Company et al., Appellants,
v.
Philippine Air Lines, Inc., Respondent.
Bank of America, N. T. & S. A., et al., Appellants,
v.
Philippine Air Lines, Inc., Respondent.
Banque Belge Pour L'Etranger (Overseas Ltd.) et al., Appellants,
v.
Philippine Air Lines, Inc., Respondent.
American Express Company, Inc., et al., Appellants,
v.
Philippine Air Lines, Inc., Respondent.
Court of Appeals of the State of New York.
Argued May 24, 1956.
Decided June 8, 1956.
Robert F. Doran and John B. Loughran for appellants.
Caesar L. Pitassy, Frank C. Fisher, Harry W. Colmery, Leo P. Larkin, Jr., and Bernard H. La Lone, Jr., for respondent.
Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.
In each action: Judgment affirmed, with costs; no opinion.